# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2013

147501

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

CRYSTAL McCASKILL,
        Plaintiff-Appellee,
and

LEWIS SMITH, Ph.D., P.C.,
        Intervening Plaintiff,

v

USAA CASUALTY INSURANCE COMPANY,
        Defendant-Appellant.

SC: 147501
COA: 310068
Wayne CC: 12-000760-NF

_____/

On order of the Court, the application for leave to appeal the June 20, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2013



Clerk

t1021